United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 17-15554-mdc
Dante Harris                                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Feb 07, 2019
                                Form ID: 155    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2019.
db            +Dante Harris,    5046 Parrish Street,    Philadelphia, PA 19139-1644

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2019 at the address(es) listed below:
        DAVID M. OFFEN    on behalf of  Haim  Dvir dmo160west@gmail.com,
        davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
        JOSHUA  DOMER    on behalf of Creditor   City of Philadelphia joshua.domer@phila.gov,
        karena.blaylock@phila.gov
        KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
        KEVIN S. FRANKEL    on behalf of Creditor    Carrington Mortgage Services, LLC, et al.
        pa-bk@logs.com
        LESLIE J. RASE    on behalf of Creditor    Carrington Mortgage Services, LLC, et al. pabk@logs.com,
        lerase@logs.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
        ZACHARY  PERLICK    on behalf of Debtor Dante  Harris Perlick@verizon.net,  pireland1@verizon.net
                                                                                          TOTAL: 8

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Dante Harris
        Debtor(s)
                                              Chapter: 13
                                              Bankruptcy No: 17−15554−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this February 7,2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                  Magdeline D. Coleman
                                                  Judge ,
                                                  United States Bankruptcy Court

                                                                          89
                                                                      Form 155