**L.B.F. 3015.1**

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: **Dante Harris**

Case No.: **17-15554**

Chapter 13

Debtor(s)

## Chapter 13 Plan

☐ Original

☑ Addendum

Date: **Febraury 12, 2019**

### ADDENDUM TO CHAPTER 13 PLAN

**§ 5(b) Timely filed unsecured non-priority claims**

(1) Liquidation Test *(check one box)*

☐ All Debtor(s) property is claimed as exempt.

☑ Debtor(s) has non-exempt property valued at $_____ for purposes of § 1325(a)(4) and plan provides for distribution of $_____ to allowed priority and unsecured general creditors.

(2) **Funding: § 5(b) claims to be paid as follows** *(check one box)*:

☐ Pro rata

☑ 100%

☐ Other (Describe)

Date: **February 12, 2019**

**/s/ Zachary Perlick, Esquire**
**Zachary Perlick, Esquire 73851**
Attorney for Debtor(s)