United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dante Harris  
    Debtor

Case No. 17-15554-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Mar 07, 2019  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2019.  
db        +Dante Harris,    5046 Parrish Street,    Philadelphia, PA 19139-1644

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2019 at the address(es) listed below:

        DAVID M. OFFEN    on behalf of  Haim  Dvir dmo160west@gmail.com,  
     davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
        JOSHUA   DOMER    on behalf of Creditor   City of Philadelphia joshua.domer@phila.gov,  
     karena.blaylock@phila.gov  
        KEVIN G. MCDONALD    on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com  
        KEVIN S. FRANKEL    on behalf of Creditor   Carrington Mortgage Services, LLC, et al.  
     pa-bk@logs.com  
        LESLIE J. RASE    on behalf of Creditor   Carrington Mortgage Services, LLC, et al. pabk@logs.com,  
     lerase@logs.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
        ZACHARY   PERLICK    on behalf of Debtor Dante  Harris Perlick@verizon.net,   pireland1@verizon.net  
                                                                                                                                          TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | DANTE HARRIS | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 17-15554 MDC |

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $4,500.00 |
| Total expense cost: | $   20.00 |
| Attorney fee already paid by Debtor | $1,500.00 |
| Net amount to be paid by Trustee | $3,020.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

_____
THE HONORABLE MAGDELINE D. COLEMAN

Dated: March 7, 2019