United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-15554-mdc
Dante Harris                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: ChrissyW           Page 1 of 2           Date Rcvd: Feb 13, 2020
                      Form ID: pdf900           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2020.
```
db             +Dante Harris,   5046 Parrish Street,   Philadelphia, PA 19139-1644
cr             +Carrington Mortgage Services, LLC, et al.,   1600 South Douglass Road,   Suite 200-A,
                 Anaheim, CA 92806-5951
NONE           +Haim Dvir,   8922 Krewstown Road,   Apt. 105,   Philadelphia, PA 19115-4564
13982615      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: CITI Cards,   1500 Boltonfield Street,   Columbus, OH 43228)
13982614       +Carrington Mortgage Services,   PO Box 54285,   Irvine, CA 92619-4285
13970956       +Carrington Mortgage Services, LLC,   c/o Kevin S. Frankel, Esquire,
                 3600 Horizon Drive, Suite 150,   King of Prussia, PA 19406-4702
14012764       +Deutsche Bank National Trust Company, et al,   c/o Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,,   Anaheim, CA 92806-5948
13968383       +Duir Haim,   8922 Krewstown Road, Apt. 105,   Philadelphia, PA 19115-4564
13982621      ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,   PO Box 5855,
                 Carol Stream, IL 60197-5855)
13978425       +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                 Addison, Texas 75001-9013
14198830       +Toyota Lease Trust,   c/o KEVIN G. MCDONALD,   KML LAW GROUP, P.C.,   701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14269153        Toyota Lease Trust,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
14037445       +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Feb 14 2020 03:44:24     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 14 2020 03:44:08     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Feb 14 2020 03:44:23     City of Philadelphia,
                 City of Philadelphia Law Department,   c/o Joshua Domer,   1401 JFK Blvd. 5th Floor,
                 Philadelphia, PA  19102
14053566        E-mail/Text: megan.harper@phila.gov Feb 14 2020 03:44:23     City of Philadelphia,
                 Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
13982616        E-mail/Text: megan.harper@phila.gov Feb 14 2020 03:44:23     City of Philadelphia,
                 Law Department, Enforecment Div.,   1515 Arch Street, 15th Fl.,   Philadelphia, PA 19102-1508
13982618        E-mail/Text: mrdiscen@discover.com Feb 14 2020 03:43:25     Discover Bank,
                 6500 New Albany Road,   New Albany, OH 43054
13970795        E-mail/Text: mrdiscen@discover.com Feb 14 2020 03:43:25     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
13971467        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 14 2020 03:43:49
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14013068        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 14 2020 03:49:46     Verizon,
                 by American InfoSource LP as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
13982623        E-mail/Text: megan.harper@phila.gov Feb 14 2020 03:44:23     Water Revenue Bureau,
                 1401 J.F.K. Blvd.,   Philadelphia, PA 19102
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13982620*     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Home Depot Credit Services,   PO Box 182676,
                 Columbus, OH 43218-2676)
13982617*     ++CITY OF PHILADELPHIA LAW DEPARTMENT,   MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F KENNEDY BLVD 5TH FLOOR,   PHILADELPHIA PA 19102-1617
               (address filed with court: City of Philadelphia,   Law Department, Enforecment Div.,
                 1515 Arch Street, 15th Fl.,   Philadelphia, PA 19102-1508)
13982619*      +Duir Haim,   8922 Krewstown Road, Apt. 105,   Philadelphia, PA 19115-4564
13982622*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,   PO Box 5855,
                 Carol Stream, IL 60197-5855)
14198831*      +Toyota Lease Trust,   c/o KEVIN G. MCDONALD,   KML LAW GROUP, P.C.,   701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
13982624*       Water Revenue Bureau,   1401 J.F.K. Blvd.,   Philadelphia, PA 19102
13982625*       Water Revenue Bureau,   1401 J.F.K. Blvd.,   Philadelphia, PA 19102
                                                                                   TOTALS: 1, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: ChrissyW              Page 2 of 2           Date Rcvd: Feb 13, 2020
                               Form ID: pdf900             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2020 at the address(es) listed below:

```
          DAVID M. OFFEN    on behalf of  Haim  Dvir dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          JOSHUA  DOMER     on behalf of Creditor   City of Philadelphia joshua.domer@phila.gov,
           karena.blaylock@phila.gov
          KEVIN G. MCDONALD    on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor   Carrington Mortgage Services, LLC, et al.
           pa-bk@logs.com
          LESLIE J. RASE    on behalf of Creditor   Carrington Mortgage Services, LLC, et al. pabk@logs.com,
           lerase@logs.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          ZACHARY  PERLICK    on behalf of Debtor Dante  Harris Perlick@verizon.net,  pireland1@verizon.net
                                                                                                TOTAL: 8
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DANTE HARRIS | Chapter 13 |
| Debtor | Bankruptcy No. 17-15554-MDC |

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

February 13, 2020

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

Debtor:
DANTE HARRIS

5046 PARRISH STREET

PHILADELPHIA, PA 19131