IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     DANTE HARRIS          : Bankruptcy No. 17-15554MDC
                                 :
                                 :
           DEBTOR                : Chapter 13


**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

The Debtor had filed a Motion to Vacate Dismissal Order and Reopen her Chapter 13 Case.

1.   **Your rights may by affected**.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

2.   **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider you views on the motion, then on or before **March 2, 2020 you or your attorney must file a response to the Motion.**(see Instructions on next page)

3.   A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on March 19, 2020 at 11:00 a.m. in Courtroom #2, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19106.


4.   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.


5.   You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.


6.   If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the

attorney whose name and address is listed on the next page of
this Notice.

## **Filing Instructions**

    7.   **If you are required to file documents electronically
by Local Bankruptcy Rule 5005-1**, you must file your response
electronically.

    8.   **If you are not required to file electronically**, you
must file your response at:
                  Robert N.C. Nix, Sr. Federal Courthouse
                  Clerk's office
                  900 Market Street
                  4th Floor
                  Philadelphia, PA 19107

    9.   **If you mail your response** to the bankruptcy clerk's
office for filing, you must mail it early enough so that it will
be received on or before the date stated in Paragraph 2 on the
previous page of this Notice.

    10.   On the same day that you file or mail your Response to
the Motion, you must mail or deliver a copy of the Response to
the movant's attorney:

                  Zachary Perlick, Esquire
                  1420 Walnut Street, Suite 718
                  Philadelphia, PA 19102
                  (215) 569-2922 phone
                  (215) 569-1444 fax
                  Perlick@verizon.net

Date: 2/20/20