**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      DANTE HARRIS      : CHAPTER 13
:
:
:
               DEBTOR             : BANKRUPTCY NO. 17-15554

**CERTIFICATION OF NO-OBJECTION OR RESPONSE**

      I, Zachary Perlick, Esquire, hereby certify that I filed Motion to Vacate Dismissal Order and Reopen Chapter 13 Case on February 20, 2020 and gave notice to the debtor, the Trustee, U.S. Bank National Association, as Trustee and their counsel KML Law Group that they had twenty (20) days to file an answer, objection or other responsive pleading; that more than twenty (20) days have passed since the notices were mailed and I have not received an Answer, objection or other responsive pleading. I therefore request that the court enter the Order accompanying said application.

                            BY    /s/ Zachary Perlick
                                    Zachary Perlick, Esquire
                                    1420 Walnut Street, Suite 718
                                    Philadelphia, PA  19107
                                    (215) 569-2922