IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    DANTE HARRIS    : Bankruptcy No. 17-15554MDC
:
:
DEBTOR    : Chapter 13

**O R D E R**

AND NOW, this 19th day of March, 2020, upon consideration of the Debtor's Motion to Reconsider the Court Order of February 13, 2020, it is hereby ORDERED that said motion is GRANTED and Debtor's Chapter 13 Case is Reopened.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Service List:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller, Esquire
P.O. Box 40119
Philadelphia, PA 19106

DANTE HARRIS
5046 Parrish Street
Philadelphia, PA 19131

All parties on the Matrix