# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                 Chapter 13

                                 Bankruptcy No. 17-15554-MDC

DANTE HARRIS

5046 PARRISH STREET

PHILADELPHIA, PA 19131

      Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    DANTE HARRIS

    5046 PARRISH STREET

    PHILADELPHIA, PA 19131


Counsel for debtor(s), by electronic notice only.

    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

                                               /S/ William C. Miller

Date: 7/17/2020                                _____

                                               William C. Miller, Esquire
                                               Chapter 13 Standing Trustee