UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dante Harris <br> Debtors(s) | |
| Toyota Motor Credit Corporation <br> Movant <br> v. <br> Dante Harris <br> Respondent <br> and <br> William C Miller <br> Additional Respondent | BK NO. 17-15554-mdc <br><br> CHAPTER 13 |

**CERTIFICATE OF NO OBJECTION OR RESPONSE REGARDING MOTION OF TOYOTA MOTOR CREDIT CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay, filed on 10/30/2020 at Doc. No. 123 and served on the Respondents herein, is currently on file with the court. The undersigned further certifies that an answer was filed by the debtor but was withdrawn by notice dated November 24, 2020 at Doc No. 125.

It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Date: November 30, 2020

/s/ *Robert Wendt*, Esquire
By: Robert Wendt, Esquire
rwendt@leopoldassociates.com
Attorney ID No. 89150
Leopold & Associates, PLLC
80 Business Park Drive, Suite 110
Armonk, New York 10504
(914)-219-5787
Attorney for Movant