UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dante Harris<br>　　　　　　　　　Debtors(s) | |
| Toyota Motor Credit Corporation<br>　　　　　　　　　Movant<br>　　　v.<br>Dante Harris<br>　　　　　　　　　Respondent<br>　　　and<br>William C Miller<br>　　　　　　　Additional Respondent | BK NO. 17-15554-mdc<br><br>CHAPTER 13 |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation , reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C.§362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and assigns to take possession and sell, lease, and otherwise dispose of the 2016 Toyota Tundra 4WD with VIN 5TFDY5F19GX572189 in a commercially reasonable manner.  The stay provide by Bankruptcy Rule 4001(a)(3) is waived.

Signed this  1st  day of     December  , 2020

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc See attached service list

Leopold & Associates, PLLC
80 Business Park Drive, Suite 100
Armonk, NY 10504

Dante Harris
Debtor
5046 Parrish Street
Philadelphia, PA 19131

Zachary Perlick, Esq.
Attorney for Debtor
1420 Walnut Street Suite 718
Philadelphia, PA 19102

William C Miller
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

US Trustee
200 Chestnut Street Suite 502
Philadelphia, PA 19106