United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-15554-mdc |
| Dante Harris | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 01, 2020 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Dante Harris, 5046 Parrish Street, Philadelphia, PA 19139-1644 |
| cr | + TOYOTA MOTOR CREDIT CORPORATION, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2020          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Haim Dvir dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JOSHUA DOMER | on behalf of Creditor City of Philadelphia joshua.domer@phila.gov karena.blaylock@phila.gov |
| JOSHUA I. GOLDMAN | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS INDENTURE TRUSTEE FOR NEW CENTURY EQUITY LOAN TRUST 2005-2 Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor Carrington Mortgage Services  LLC, et al. pa-bk@logs.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Dec 01, 2020 | Form ID: pdf900 | Total Noticed: 2 |

| | |
|---|---|
| LESLIE J. RASE | on behalf of Creditor Carrington Mortgage Services  LLC, et al. pabk@logs.com, lerase@logs.com |
| ROBERT PATRICK WENDT | on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION paeb@fedphe.com LeopoldAssociatesPAX6428@projects.filevine.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| ZACHARY PERLICK | on behalf of Debtor Dante Harris Perlick@verizon.net  pireland1@verizon.net |

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dante Harris<br>　　　　　　　　　　Debtors(s) | |
| Toyota Motor Credit Corporation<br>　　　　　　　　　　Movant | BK NO. 17-15554-mdc |
| v.<br>Dante Harris<br>　　　　　　　　　　Respondent | CHAPTER 13 |
| and<br>William C Miller<br>　　　　　　　　　　Additional Respondent | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation , reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C.§362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and assigns to take possession and sell, lease, and otherwise dispose of the 2016 Toyota Tundra 4WD with VIN 5TFDY5F19GX572189 in a commercially reasonable manner. The stay provide by Bankruptcy Rule 4001(a)(3) is waived.

Signed this 1st day of   December , 2020

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc See attached service list

Leopold & Associates, PLLC
80 Business Park Drive, Suite 100
Armonk, NY 10504

Dante Harris
Debtor
5046 Parrish Street
Philadelphia, PA 19131

Zachary Perlick, Esq.
Attorney for Debtor
1420 Walnut Street Suite 718
Philadelphia, PA 19102

William C Miller
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

US Trustee
200 Chestnut Street Suite 502
Philadelphia, PA 19106