United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Dante Harris  
    Debtor

Case No. 17-15554-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 01, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Dante Harris, 5046 Parrish Street, Philadelphia, PA 19139-1644 |
| cr | + Carrington Mortgage Services, LLC, et al., 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Haim Dvir dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JOSHUA DOMER | on behalf of Creditor City of Philadelphia joshua.domer@phila.gov karena.blaylock@phila.gov |
| JOSHUA I. GOLDMAN | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE FOR NEW CENTURY EQUITY LOAN TRUST 2005-2 Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com |
| KEVIN S. FRANKEL | on behalf of Creditor Carrington Mortgage Services LLC, et al. pa-bk@logs.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 01, 2021 | Form ID: pdf900 | Total Noticed: 2 |

KRISTEN D. LITTLE
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE FOR NEW CENTURY EQUITY LOAN TRUST 2005-2 pabk@logs.com, klittle@logs.com;logsecf@logs.com

LESLIE J. RASE
    on behalf of Creditor Carrington Mortgage Services LLC, et al. pabk@logs.com, lerase@logs.com

ROBERT PATRICK WENDT
    on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION paeb@fedphe.com LeopoldAssociatesPAX6428@projects.filevine.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

ZACHARY PERLICK
    on behalf of Debtor Dante Harris Perlick@verizon.net pireland1@verizon.net

TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dante Harris<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>17-15554-mdc |
| Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2<br>　　　Movant.<br>v.<br><br>Dante Harris<br>　　　Debtor/Respondent,<br><br>William C. Miller, Trustee<br>　　　Additional Respondent. | CHAPTER 13<br><br>11 U.S.C. § 362 |

## O R D E R

　　　AND NOW, this __31st__ day of ____March____, 2021, after notice to all required parties and certification of default under the terms of this Court's Order of June 5, 2018 it is

　　　ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with, or to resume proceedings in Mortgage Foreclosure, including, but not limited to Sheriff's or Marshal's Sale of 6523 Kingsessing Avenue, Philadelphia, PA 19142; and to take action, by suit or otherwise as permitted by law, in its own name or the names of its assignee, to obtain possession of said premises; and it is

　　　FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　_Magdeline D. Coleman_
　　　　　　　　　　　　　　　　　MAGDELINE D. COLEMAN
　　　　　　　　　　　　　　　　　CHIEF U.S. BANKRUPTCY JUDGE