**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:   DANTE HARRIS | : | Bankruptcy No. 17-15554MDC |
| | : | |
| | : | |
| DEBTOR | : | Chapter 13 |

**CONSENT ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of the Debtor's Motion to Reconsider and Vacate the Order of MARCH 31, 2021, and the parties consenting, it is hereby ORDERED that said Order granting relief from stay to Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2 is vacated. The agreed order previously entered remains in effect.

BY THE COURT:

_____
THE HONORABLE MAGDELINE D. COLEMAN

/s/ Zachary Perlick                                                 May 3, 2021
_____
Zachary Perlick, Esquire
Counsel for Debtor

/s/ Kristen D. Little                                                May 3, 2021
_____
Kristen Little, Esquire
Counsel for Deutsche Bank