**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                              Chapter 13

                              Bankruptcy No. 17-15554-MDC

DANTE HARRIS

5046 PARRISH STREET

PHILADELPHIA, PA 19131

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DANTE HARRIS

5046 PARRISH STREET

PHILADELPHIA, PA 19131

Counsel for debtor(s), by electronic notice only.

ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

Date: 11/19/2021

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee