Certificate Number: 00301-PAE-DE-036970073

Bankruptcy Case Number: 17-15554



00301-PAE-DE-036970073

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 11, 2022, at 5:07 o'clock AM EST, DANTE HARRIS completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: November 11, 2022

By: /s/Shabonda Burch

Name: Shabonda Burch

Title: Certified Bankruptcy Counselor