```
              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

    IN RE:                    :        CHAPTER 13
                              :
    DANTE HARRIS              :        No. 17-15554-MDC
       Debtor
```

OBJECTION TO CHAPTER 13 DISCHARGE AND REQUEST FOR HEARING AS CREDITOR HAIM DVIR IS STILL OWED FUNDS PURSUANT TO STIPULATION DATED 12/19/2017 - DOCKET ENTRY 31

    Creditor Haim Dvir hereby objects to the discharge as the Debtor has failed to pay substantial amounts of monies owed for taxes, insurance and water. This case involves a redemption of a tax sale which was held in Philadelphia.

    Wherefore, Creditor by his Attorney respectfully requests this Honorable Court deny Debtor's request for a Discharge and redemption of the property.

    David M. Offen
/s/ David M. Offen
Attorney for Creditor Haim Dvir
Suite 160 West, The Curtis Center
601 Walnut Street
Philadelphia, Pa. 19106
215-625-9600