*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Dante Harris
    Debtor(s)

Case No: 17−15554−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Objection to Chapter 13 Discharge

  on: 12/15/22

  at: 11:00 AM

  in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: 11/15/22

For The Court

Timothy B. McGrath
Clerk of Court