United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                               Case No. 17-15554-mdc

Dante Harris                                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                          Page 1 of 3

Date Rcvd: Nov 15, 2022                       Form ID: 167                                          Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dante Harris, 5046 Parrish Street, Philadelphia, PA 19139-1644 |
| 13970956 | + | Carrington Mortgage Services, LLC, c/o Kevin S. Frankel, Esquire, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 13968383 | + | Duir Haim, 8922 Krewstown Road, Apt. 105, Philadelphia, PA 19115-4564 |
| 14198830 | + | Toyota Lease Trust, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: megan.harper@phila.gov | Nov 16 2022 00:04:00 | City of Philadelphia, City of Philadelphia Law Department, c/o Joshua Domer, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 16 2022 00:04:00 | Carrington Mortgage Services, LLC, et al., 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| cr | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 16 2022 00:04:00 | TOYOTA MOTOR CREDIT CORPORATION, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 13982615 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 16 2022 00:12:31 | CITI Cards, 1500 Boltonfield Street, Columbus, OH 43228 |
| 14053566 | | Email/Text: megan.harper@phila.gov | Nov 16 2022 00:04:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13982616 | | Email/Text: megan.harper@phila.gov | Nov 16 2022 00:04:00 | City of Philadelphia, Law Department, Enforcement Div., 1515 Arch Street, 15th Fl., Philadelphia, PA 19102-1508 |
| 13982614 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 16 2022 00:04:00 | Carrington Mortgage Services, PO Box 54285, Irvine, CA 92619-4285 |
| 13982618 | | Email/Text: mrdiscen@discover.com | Nov 16 2022 00:04:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 14012764 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 16 2022 00:04:00 | Deutsche Bank National Trust Company, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road,, Anaheim, CA 92806-5948 |
| 13970795 | | Email/Text: mrdiscen@discover.com | Nov 16 2022 00:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13971467 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 16 2022 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 13982621 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 16 2022 00:04:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 13978425 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Nov 15, 2022 | Form ID: 167 | Total Noticed: 21

| | | Nov 16 2022 00:04:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14269153 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Nov 16 2022 00:12:22 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14037445 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | Nov 16 2022 00:04:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14013068 | Email/PDF: ebn_ais@aisinfo.com | | |
| | | Nov 16 2022 00:12:21 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13982623 | Email/Text: megan.harper@phila.gov | | |
| | | Nov 16 2022 00:04:00 | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13982620 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, Home Depot Credit Services, PO Box 182676, Columbus, OH 43218-2676 |
| 13982617 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Department, Enforecment Div., 1515 Arch Street, 15th Fl., Philadelphia, PA 19102-1508 |
| 13982619 | *+ | Duir Haim, 8922 Krewstown Road, Apt. 105, Philadelphia, PA 19115-4564 |
| 13982622 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 14198831 | *+ | Toyota Lease Trust, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 13982624 | * | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |
| 13982625 | * | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2022 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE FOR NEW CENTURY EQUITY LOAN TRUST 2005-2 logsecf@logs.com |
| DAVID M. OFFEN | on behalf of Haim Dvir dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JOSHUA DOMER | on behalf of Creditor City of Philadelphia joshua.domer@phila.gov Edelyne.Jean-Baptiste@Phila.gov |

JOSHUA I. GOLDMAN

on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS INDENTURE TRUSTEE FOR NEW CENTURY EQUITY LOAN TRUST 2005-2 Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST

on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD

on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com

KEVIN S. FRANKEL

on behalf of Creditor Carrington Mortgage Services  LLC, et al. pa-bk@logs.com

KRISTEN D. LITTLE

on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS INDENTURE TRUSTEE FOR NEW CENTURY EQUITY LOAN TRUST 2005-2 kdlittleecf@gmail.com

LESLIE J. RASE

on behalf of Creditor Carrington Mortgage Services  LLC, et al. pabk@logs.com, lerase@logs.com

ROBERT PATRICK WENDT

on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION paeb@fedphe.com LeopoldAssociatesPAX6428@projects.filevine.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK

on behalf of Debtor Dante Harris Perlick@verizon.net  pireland1@verizon.net


TOTAL: 13

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

In Re: Dante Harris

Debtor(s)

Case No: 17−15554−mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Objection to Chapter 13 Discharge

on: 12/15/22

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA
19107

For The Court

Date:  11/15/22

Timothy B. McGrath
Clerk of Court

177 − 176
Form 167