IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :     Chapter 13

Dante Harris                    :     No.  17-15554-mdc
   Debtor

**PRAECIPE  TO  WITHDRAW**

    Pursuant to the above-captioned matter, kindly withdraw the Objection to Chapter 13 Discharge filed on November 14, 2022.

    /s/ David M. Offen
    David M. Offen, Esquire
    Attorney for Creditor Haim Dvir
    The Curtis Center
    601 Walnut Street
    1st Floor, Suite 160 West
    Philadelphia, PA  19106
    215-625-9600

Dated:  April 20, 2023