United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Dante Harris  
    Debtor

Case No. 17-15554-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Apr 28, 2023     Form ID: 195     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dante Harris, 5046 Parrish Street, Philadelphia, PA 19139-1644 |
| NONE | + | Haim Dvir, 8922 Krewstown Road, Apt. 105, Philadelphia, PA 19115-4564 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2023 at the address(es) listed below:**

**Name**      **Email Address**

CHRISTOPHER A. DENARDO  
     on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS INDENTURE TRUSTEE FOR NEW CENTURY EQUITY LOAN TRUST 2005-2 logsecf@logs.com

DAVID M. OFFEN  
     on behalf of Haim Dvir dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

JOSHUA DOMER  
     on behalf of Creditor City of Philadelphia joshua.domer@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

JOSHUA I. GOLDMAN  
     on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  AS INDENTURE TRUSTEE FOR NEW CENTURY EQUITY LOAN TRUST 2005-2 Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

KENNETH E. WEST  
     ecfemails@ph13trustee.com  philaecf@gmail.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 28, 2023 | Form ID: 195 | Total Noticed: 2 |

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com

KEVIN S. FRANKEL
    on behalf of Creditor Carrington Mortgage Services LLC, et al. pa-bk@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE FOR NEW CENTURY EQUITY LOAN TRUST 2005-2 kdlittleecf@gmail.com

LESLIE J. RASE
    on behalf of Creditor Carrington Mortgage Services LLC, et al. pabk@logs.com, lerase@logs.com

LORRAINE GAZZARA DOYLE
    on behalf of Creditor Carrington Mortgage Services LLC, et al. ldoyle@logs.com, cistewart@logs.com;LOGSECF@logs.com

ROBERT PATRICK WENDT
    on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION paeb@fedphe.com LeopoldAssociatesPAX6428@projects.filevine.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
    on behalf of Debtor Dante Harris Perlick@verizon.net pireland1@verizon.net

TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Dante Harris                                                    : Case No. 17−15554−mdc
     Debtor(s)

### ORDER
_____

AND NOW, this day , April 28, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

190
Form 195